UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **ARKLA WORKFORCE SOLUTIONS** | **CIV. ACTION NO. 3:23-01195** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **FOSTER POULTRY FARMS L L C** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 38] having been considered and no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Arkla Workforce Solutions, LLC's Motion For Jurisdictional Discovery [Doc. No. 34] is **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this matter is **DISMISSED WITHOUT PREJUDICE**.

In Chambers, at Monroe, Louisiana, on this 25th day of June, 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE